IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| STEVEN S. SCHUMAN, JR., <br><br> Plaintiff, <br><br> -vs.- <br><br> CONTINENTAL WESTERN INSURANCE COMPANY, <br><br> Defendant. | Cause No. CV-21-00018-BMM-JTJ <br><br> **ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER** |

---

Pursuant to Defendant Continental Western Insurance Company's motion for extension of time to file its answer, no objection being made by counsel for Plaintiff herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Continental Western Insurance Company shall have to and including Wednesday, July 7, 2021, within which to file its answer to the Plaintiff's Complaint.

DATED this 7th day of June, 2021.

_____
John Johnston
United States Magistrate Judge