IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEVEN S. SCHUMAN, JR., | CV-21-18-BU-BMM-JTJ |
| Plaintiff, | **ORDER** |
| -vs.- | |
| CONTINENTAL WESTERN INSURANCE COMPANY, | |
| Defendant. | |

The Court has been informed that this case has settled. (Doc. 13.)

Accordingly, **IT IS HEREBY ORDERED** that the parties, shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before December 1, 2021, or show good cause for their failure to do so.

DATED    this 1st day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court