IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | |
|---|---|
| STEVEN S. SCHUMAN, JR., | Cause No. CV-21-00018-BU-JTJ |
| Plaintiff, | |
| -vs.- | **ORDER OF DISMISSAL** |
| CONTINENTAL WESTERN INSURANCE COMPANY, | |
| Defendant. | |

---

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 13th day of December, 2021.

_____
John Johnston
United States Magistrate Judge